# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

DUANE LAMONT SNIDER,                    )
                                        )
                Plaintiff,              )
                                        )
        v.                              )           No. 2:12-CV-0012-HEA
                                        )
W. LARAMORE, et al.,                    )
                                        )
                Defendants.             )

## MEMORANDUM AND ORDER

This matter is before the Court for collection of plaintiff's appellate filing fee.  Pursuant to

28 U.S.C. § 1915(b)(1), a prisoner appealing a civil action in forma pauperis is required to pay the

full amount of the filing fee.  If the prisoner has insufficient funds in his or her prison account to pay

the entire fee, the Court must assess and, when funds exist, collect an initial partial filing fee of 20

percent of the greater of (1) the average monthly deposits in the prisoner's account, or (2) the average

monthly balance in the prisoner's account for the prior six-month period.  After payment of the

initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the

preceding month's income credited to the prisoner's account.  28 U.S.C. § 1915(b)(2).  The agency

having custody of the prisoner will forward these monthly payments to the Clerk of Court each time

the amount in the prisoner's account exceeds $10, until the filing fee is fully paid.  *Id.*

Plaintiff has submitted an affidavit and a certified copy of his prison account statement for

the six-month period immediately preceding the submission of his appeal.  A review of plaintiff's

account indicates an average monthly deposit of $24.58, and an average monthly balance of $7.71.

Plaintiff has insufficient funds to pay the entire filing fee.  Accordingly, the Court will assess an

initial partial filing fee of $4.92, which is 20 percent of plaintiff's average monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff shall pay an initial filing fee of $4.92 within thirty (30) days of the date of this Order.  Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails pay the fee as ordered, the Court may deny plaintiff in forma pauperis status in future cases.

Dated this 20th day of November, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE